**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:23-cr-54-DPM**

**KEITH MURRAY** **DEFENDANT**

**ORDER**

In 1995, 1996, and 2000, Arkansas Schedule IV unambiguously included marijuana extracted from a plant "or independently by means of chemical synthesis." Ark. Admin. Code 007.07.95--003, Sched. VI (1995, 1996 & 2000). Under the categorical approach, state law was broader than federal law. *United States v. Ferguson*, 163 F.4th 541, 545 n.2 (8th Cir. 2026). The Court is not convinced that later changes in Arkansas law, which specified various synthetic controlled substances, eliminate the overbreadth issues presented here. Motion to reconsider, *Doc. 62*, denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

23 November 2026